# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LEFIELL,<br><br>    Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>    Defendants. | Case No. 18-cv-00522-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 28, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 21, 2018.

DESIGNATION OF EXPERTS: February 1, 2019; REBUTTAL: February 19, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 15, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 29, 2019;
    Opp. Due: April 12, 2019; Reply Due: April 19, 2019;
    and set for hearing no later than May 3, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 11, 2019 at 3:30 PM.

JURY TRIAL DATE: June 24, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in an ENE session with Charles Ferguson within 120 days.
Counsel are discussing a protective order re: Video of the incident.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/30/18

_____
SUSAN ILLSTON
United States District Judge