UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LEFIELL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>    Defendants. | Case No. 18-cv-00522-SI<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 68 |

The parties have notified the Court of a discovery dispute pertaining to defendants' production of a LDVR video recording. Dkt. No. 68. Having reviewed the papers, the Court GRANTS defendants' request for a Protective Order. The parties are directed to prepare the Northern District's Standard Protective Order and submit it to the Court within three days of this Order.

**IT IS SO ORDERED**.

Dated: November 15, 2018

SUSAN ILLSTON
United States District Judge