UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LEFIELL,<br><br>    Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>    Defendants. | Case No. 18-cv-00522-SI  (SI)<br><br>AMENDED<br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: April 26, 2019.

DESIGNATION OF EXPERTS: May 24, 2019; REBUTTAL: June 6, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 21, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 28, 2019;
    Opp. Due: July 12, 2019; Reply Due: July 19, 2019;
    and set for hearing no later than August 2, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 27, 2019 at 3:30 PM.

JURY TRIAL DATE: September 9, 2019  at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  12   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/19/18

SUSAN ILLSTON
United States District Judge