| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

BARBARA LEFIELL,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, et al.,

    Defendants.

Case No. 18-cv-00522-SI (SI)

**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 31, 2019.

DESIGNATION OF EXPERTS: May 24, 2019; REBUTTAL: June 6, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 21, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; August 9, 2019;
    Opp. Due: August 23, 2019; Reply Due: August 30, 2019;
    and set for hearing no later than September 13, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: October 22, 2019 at 3:30 PM.

JURY TRIAL DATE: November 4, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __12__ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 5/6/19

                                                    SUSAN ILLSTON
                                                   United States District Judge