UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA LEFIELL,

        Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, et al.,

        Defendants.

Case No. 18-cv-00522-SI  (SI)

**THIRD
PRETRIAL PREPARATION ORDER
(CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: October 31, 2019.

DESIGNATION OF EXPERTS: October 24, 2019; REBUTTAL:  November 8, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 13, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 10, 2020;
    Opp. Due: January 24, 2020; Reply Due: January 31, 2020;
    and set for hearing no later than February 14, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE:  March 17, 2020 at 3:30 PM.

JURY TRIAL DATE:  March 30, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/15/19

SUSAN ILLSTON
United States District Judge